IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM WADE CONLEY, JR. | ) | |
| | ) | |
| v. | ) | 3-08-CV-560-N |
| | ) | (Consolidated with |
| NATHANIEL QUARTERMAN, Director, | ) | 3-08-CV-561-N |
| Texas Department of Criminal Justice | ) | 3-08-CV-562-N) |
| Correctional Institutions Division | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed February 23, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE